**Stan Kane, Plaintiff-Appellee, v. Nomad Mobile Homes, Inc., an Illinois Corporation, Paul Sachs, Mobile Office, Inc., an Illinois Corporation, and Joseph Neidlinger, Defendants, Paul Sachs, Defendant-Appellant.**

Gen. No. 52,476. 

First District.

February 10, 1969.

 George E. Dolezal, of Melrose Park, and Alan S. Ganz, of Chicago, for appellant; Altheimer, Gray, Naiburg, Strasburger & Lawton, of Chicago (Samuel T. Lawton, Jr., of counsel), for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.